# EXHIBIT A

```
 1

 2

 3

 4

 5                   OFFICIAL TRANSCRIPT PROCEEDING

 6

 7                     FEDERAL TRADE COMMISSION

 8

 9

10

11     MATTER NO.      1323245

12

13     TITLE           DERMADOCTOR, INC.

14

15     DATE            RECORDED:   DATE UNKNOWN

16                     TRANSCRIBED:  MARCH 27, 2014

17

18     PAGES           1 THROUGH 25

19

20

21

22

23

24     QVC SEGMENT ON DERMADOCTOR'S PHOTO DYNAMIC THERAPY LOTION

25              WITH JILL BAUER AND DR. AUDREY KUNIN
```

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4    RECORDING:                                    PAGE:

 5    QVC segment on Photo Dynamic Therapy Lotion      4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    DERMAdoctor, Inc.              )  Matter No. 1323245

5                                   )

6    -----------------------------)

7                                   Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital recording provided to For The Record, Inc. on

13   March 14, 2014.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  P R O C E E D I N G S

 2                   -     -     -     -     -

 3          QVC SEGMENT ON PHOTO DYNAMIC THERAPY LOTION

 4              ON SCREEN:  A-214072

 5              NEW TODAY

 6              DERMAdoctor

 7              Photo Dynamic

 8              Therapy

 9              Lotion

10              1 oz.

11              QVC Price

12              $85.00 (slashed)

13              Featured Price

14              $77.28

15              S&H $5.22

16              QVC  30-Day Money Back Guarantee

17              800-345-1515  QVC.com    beauty prescription

18              JILL BAUER:  I am so excited about our next
```

19   product because I have to tell you, already a hundred of

20   you have dialed in, and all of you watching who love skin

21   care and love to try products, none of you have a product

22   that's going to do for your skin what this does.  It is

23   from our DERMAdoctor line, which is a line of outstanding

24   products developed by dermatologist Dr. Audrey Kunin, who

25   is with us for the show tonight.

1     ON SCREEN: A-214072

2     NEW TODAY

3     DERMAdoctor

4     Photo Dynamic

5     Therapy

6     Lotion

7     1 oz.

8     QVC Price

9     $85.00 (slashed)

10     Featured Price

11     $77.28

12     S&H $5.22

13     QVC  Dr. Audrey Kunin DERMAdoctor

14     President and founder of DERMAdoctor

15     Author, clinician, educator

16    JILL BAUER:  I have to tell you -- hi there,

17 first of all.  Great to see you again.

18    DR. AUDREY KUNIN:  Oh, it's so wonderful to see

19 you, Jill.

20    JILL BAUER:  Love her.  She's so great.

21    ON SCREEN:  A-214072

22     NEW TODAY

23     DERMAdoctor

24     Photo Dynamic

25     Therapy

1           Lotion

2           1 oz.

3           QVC Price

4           $85.00 (slashed)

5           Featured Price

6           $77.28

7           S&H $5.22

8           QVC  30-Day Money Back Guarantee

9           800-345-1212  QVC.com    beauty prescription

10          Automated Ordering

11          JILL BAUER:  And you love her, too, because

12   you've been following her on blogs and everything for

13   years.

14          This product has received so much press.

15          ON SCREEN:  Product description as above

16          QVC  30-Day Money Back Guarantee

17          800-345-1515  QVC.com    beauty prescription

18          JILL BAUER:  I have paragraphs to read.  But

19   let me just tell you, how about a product that's a total

20   multitasker, how about a product that has been on the Dr.

21   Oz show, how about a product that's been on the Today

22   Show on a segment called "Best Anti-Aging Products for

23   2011."

24          ON SCREEN:  Product description as above

25          QVC  30-Day Money Back Guarantee

1        800-345-1212  QVC.com    beauty prescription

2        Automated Ordering

3        JILL BAUER:  How about one online reporter who

4   said, if the beauty industry held a science fair, this

5   product would win first place.

6        ON SCREEN:  Product description as above

7        QVC  30-Day Money Back Guarantee

8        800-345-1515  QVC.com    beauty prescription

9        JILL BAUER:  What is this you might ask?  It's

10  called Photo Dynamic Therapy Lotion.  It's out on the

11  retail market for $85.  We have it for $77.28.

12        I'm going to hand it over to you, Dr. Kunin, to

13  tell us --

14        DR. AUDREY KUNIN:  Okay.

15        JILL BAUER:  -- what is this, what's going to

16  happen when I use it, what is so exciting about this new

17  product.

18        DR. AUDREY KUNIN:  I am thrilled to be here and

19  share this brand new technology.

20        ON SCREEN:  Product description as above

21        QVC  30-Day Money Back Guarantee

22        800-345-1212  QVC.com    beauty prescription

23        Automated Ordering

24        DR. AUDREY KUNIN:  You're -- Jill, you're

25  correct.  You won't find this anywhere else.

1            ON SCREEN:  Product description as above

2            Dr. Audrey Kunin DERMAdoctor

3            President and founder of DERMAdoctor

4            Author, clinician, educator

5            DR. AUDREY KUNIN:  Photo Dynamic Therapy is a

6    light-emitting laser lotion.  What does that mean?  It is

7    a red light emitting lotion.

8            ON SCREEN:  Product description as above

9            QVC  30-Day Money Back Guarantee

10           800-345-1212  QVC.com    beauty prescription

11           Automated Ordering

12           JILL BAUER:  Okay.

13           DR. AUDREY KUNIN:  It's rejuvenating.  Red

14   light rejuvenates.  It's anti-aging.

15           ON SCREEN:  Product description as above

16           QVC  30-Day Money Back Guarantee

17           800-345-1515  QVC.com    beauty prescription

18           DR. AUDREY KUNIN:  And never before has anyone

19   ever been able to put it into a lotion.  And I have

20   worked in the lab for years --

21           JILL BAUER:  Yeah.

22           DR. AUDREY KUNIN:  -- to try to find a way.

23           JILL BAUER:  That's your passion, right?

24           DR. AUDREY KUNIN:  That is my passion.

25           JILL BAUER:  Yeah.

1          DR. AUDREY KUNIN:  And, so, this patented

2     formulation is going to deliver that anti-aging red light

3     for seven hours to the skin.

4          ON SCREEN:  Product description as above

5          QVC  30-Day Money Back Guarantee

6          800-345-1212  QVC.com    beauty prescription

7          Automated Ordering

8          JILL BAUER:  Wow.  So, what's so interesting

9     here is there's never been a way to get this red light

10    therapy at home before, which I think is huge.  And,

11    again, what is red light used for?  You can talk to us

12    about that.

13         ON SCREEN:  Product description as above

14         QVC  30-Day Money Back Guarantee

15         800-345-1515  QVC.com    beauty prescription

16         DR. AUDREY KUNIN:  That's right.  Red light is

17    anti-aging.  It's rejuvenating.  What we're using this

18    product for, it's clinically proven to help, in four

19    weeks, improve elasticity.  If you're worried about your

20    fine lines and wrinkles, if you're worried about dryness

21    and roughness of your skin --

22         ON SCREEN:  Product description as above

23         QVC  30-Day Money Back Guarantee

24         800-345-1212  QVC.com    beauty prescription

25         Automated Ordering

1          DR. AUDREY KUNIN:  -- if you want to restore

2    the brilliance, even out your skin tone.

3          JILL BAUER:  Wow.

4          DR. AUDREY KUNIN:  Photo Dynamic Therapy

5    contains that brand new, cutting edge red light therapy

6    to give you these amazing results.

7          ON SCREEN:  Product description as above

8          QVC  30-Day Money Back Guarantee

9          800-345-1515  QVC.com    beauty prescription

10         JILL BAUER:  Here's what I -- and here's what

11   we're going to show you right here.

12         DR. AUDREY KUNIN:  Yes.

13         JILL BAUER:  So, talk to me about what I'm

14   seeing.

15         DR. AUDREY KUNIN:  Yes.

16         JILL BAUER:  Because this, I think, might make

17   a click in your brain on.

18         DR. AUDREY KUNIN:  That's right.

19         JILL BAUER:  What do they mean it's red light?

20   I don't get it.

21         DR. AUDREY KUNIN:  Okay.

22         JILL BAUER:  So, what's happening here when

23   light hits this product?

24         DR. AUDREY KUNIN:  Exactly.  A picture is worth

25   a thousand words.  So, on the top, you have 100 percent

1     raw, active powder.

2              ON SCREEN:  Product description as above

3              QVC  30-Day Money Back Guarantee

4              800-345-1212  QVC.com    beauty prescription

5              Automated Ordering

6              DR. AUDREY KUNIN:  It's the noni fruits, which

7     is tropical.  But under a controlled lab situation, you

8     can see that the powder is actually capturing light

9     around it and emitting that red glow.  It is that red

10    light that is helping improve the appearance of your

11    lines and wrinkles.

12             ON SCREEN:  Product description as above

13             QVC  30-Day Money Back Guarantee

14             800-345-1515  QVC.com    beauty prescription

15             DR. AUDREY KUNIN:  That's -- and it is

16    clinically proven in just four weeks.

17             And here's how you use it.  You see me here

18    with a patient applying it to the skin.

19             JILL BAUER:  Mm-hmm, yeah.

20             DR. AUDREY KUNIN:  Again, look at that red

21    glow.  Now, your skin's not going to glow red at home.

22             JILL BAUER:  Right.  You're using a controlled

23    light.

24             DR. AUDREY KUNIN:  Right.

25             JILL BAUER:  Yeah.

1    ON SCREEN:  Product description as above

2    QVC  30-Day Money Back Guarantee

3    800-345-1212  QVC.com    beauty prescription

4    Automated Ordering

5    DR. AUDREY KUNIN:  This is to show you how the

6 product actually works.

7    JILL BAUER:  Wow.  So, you're going to use this

8 all over a clean face.

9    ON SCREEN:  Product description as above

10    QVC  30-Day Money Back Guarantee

11    800-345-1515  QVC.com    beauty prescription

12    DR. AUDREY KUNIN:  That's right.

13    JILL BAUER:  Day time only.

14    DR. AUDREY KUNIN:  Yes.

15    JILL BAUER:  It's my moisturizer, it's my sun

16 protection, and I'm getting the benefits of this red

17 light therapy.

18    DR. AUDREY KUNIN:  This is the future now in

19 lotion form.

20    JILL BAUER:  Now, we talk about this being,

21 quote, unquote, "solar powered."

22    DR. AUDREY KUNIN:  That's right.

23    JILL BAUER:  But we don't want you to think --

24 because you'll even see that as you read about it.  It

25 says sunlight activated.  But what you need to understand

1    is we're not saying you need to go out into the sun.

2            DR. AUDREY KUNIN:  No, absolutely not.

3            JILL BAUER:  It's really light activated.

4            DR. AUDREY KUNIN:  It is light activated.

5            ON SCREEN:  Product description as above

6            QVC  30-Day Money Back Guarantee

7            800-345-1212  QVC.com    beauty prescription

8            Automated Ordering

9            JILL BAUER:  That's light from your lamp in

10   your bedroom, that's light from your office, that's light

11   from your computer.

12           DR. AUDREY KUNIN:  You're walking the dog --

13           JILL BAUER:  That's any type of light.  Yeah.

14           DR. AUDREY KUNIN:  -- you're driving to the

15   soccer game, you -- I'm a dermatologist.  I don't want

16   you going to seek extra sun.

17           ON SCREEN:  Product description as above

18           QVC  Dr. Audrey Kunin DERMAdoctor

19           President and founder of DERMAdoctor

20           Author, clinician, educator

21           JILL BAUER:  Right.

22           DR. AUDREY KUNIN:  It's normal, everyday

23   activity.  It's going to allow this light emitting laser

24   lotion to --

25           JILL BAUER:  Wow.

1          DR. AUDREY KUNIN:  -- deliver the impact of

2     improving the fine lines and wrinkles, and clinically

3     proven to firm the skin, restore elasticity in just four

4     weeks time.

5          ON SCREEN:  Product description as above

6          QVC  30-Day Money Back Guarantee

7          800-345-1515  QVC.com    beauty prescription

8          JILL BAUER:  And, remember, this technology has

9     never been made available before.  It's never been

10    available so that you can get the benefits of red light

11    at home.  So, this is going to be part of your skin care

12    regimen.  Frankly, Dr. Kunin has made your morning

13    routine so much easier.

14         ON SCREEN:  Product description as above

15         QVC  30-Day Money Back Guarantee

16         800-345-1212  QVC.com    beauty prescription

17         Automated Ordering

18         JILL BAUER:  You're going to wash your face

19    and you're going to put on your Photo Dynamic Therapy

20    Lotion --

21         ON SCREEN:  Product description as above

22         QVC  30-Day Money Back Guarantee

23         800-345-1515  QVC.com    beauty prescription

24         JILL BAUER:  -- because it's your moisturizer,

25    it's going to be your SPF.  You're going to be getting

1    the benefits of that red light technology.

2            DR. AUDREY KUNIN:  That's right.  That anti-

3    aging light.

4            JILL BAUER:  All in one product.

5            DR. AUDREY KUNIN:  That's right.

6            JILL BAUER:  And, remember, did you hear all

7    the things that this is also going to help with.  You

8    talked about brightening, you talked about firmness, you

9    talked about hydration, you talked about skin tone.

10           ON SCREEN:  Product description as above

11           QVC  30-Day Money Back Guarantee

12           800-345-1212  QVC.com    beauty prescription

13           Automated Ordering

14           JILL BAUER:  Not seven different products

15    trying to achieve that.

16           DR. AUDREY KUNIN:  No.

17           JILL BAUER:  Just this.

18           DR. AUDREY KUNIN:  I'm all about simplicity.

19    I'm a busy mom.

20           JILL BAUER:  Yeah.

21           DR. AUDREY KUNIN:  I'm a working mom.  I'm a

22    dermatologist.  And I'm about make it simple, but make it

23    effective.  And that's why Allure Magazine and People

24    Style Watch --

25           JILL BAUER:  Mm-hmm.

1           ON SCREEN:  Product description as above

2           QVC  30-Day Money Back Guarantee

3           800-345-1515  QVC.com    beauty prescription

4           DR. AUDREY KUNIN:  -- and Self Magazine and --

5   I was actually asked -- I had the privilege of giving an

6   exclusive to the Dr. Oz Show to launch this brand new

7   technology to the world.

8           ON SCREEN:  Product description as above

9           QVC  Dr. Audrey Kunin DERMAdoctor

10           President and founder of DERMAdoctor

11           Author, clinician, educator

12           JILL BAUER:  And she's going to be a

13   contributor on Dr. Oz, as well.

14           DR. AUDREY KUNIN:  I am a contributor now.

15           ON SCREEN:  Product description as above

16           QVC  30-Day Money Back Guarantee

17           800-345-1515  QVC.com    beauty prescription

18           JILL BAUER:  So, you'll see that, as well.

19           DR. AUDREY KUNIN:  It's very exciting.

20           JILL BAUER:  But I think, you know, when you

21   see a product like this on the Today Show, which could

22   pick anything to use --

23           ON SCREEN:  Product description as above

24           QVC  30-Day Money Back Guarantee

25           800-345-1212  QVC.com    beauty prescription

1               Automated Ordering

2               JILL BAUER:  -- and they name it one of their

3     best anti-aging beauty products for the year, that's --

4               DR. AUDREY KUNIN:  That's right.

5               JILL BAUER:  -- huge.  I love the line.  Again,

6     if there was a beauty science fair, this product would

7     win first place, because it's unbelievable technology.

8     There's fewer than 500 now to go around.

9               ON SCREEN:  Product description as above

10              QVC  30-Day Money Back Guarantee

11              800-345-1515  QVC.com    beauty prescription

12              JILL BAUER:  Is there anyone who shouldn't be

13    using this, any skin type, any age, any skin issues, who

14    wouldn't benefit from what you've done here?

15              DR. AUDREY KUNIN:  I believe that everyone by

16    their 21st birthday should start an anti-aging regimen.

17              JILL BAUER:  Mmm.

18              DR. AUDREY KUNIN:  But who isn't worried about

19    their lines --

20              JILL BAUER:  Yeah.

21              DR. AUDREY KUNIN:  -- their wrinkles?  Who

22    doesn't want firmer skin?

23              ON SCREEN:  Product description as above

24              QVC  30-Day Money Back Guarantee

25              800-345-1212  QVC.com    beauty prescription

1           Automated Ordering

2           JILL BAUER:  Mm-hmm.

3           DR. AUDREY KUNIN:  Who doesn't want to restore

4    elasticity, brightness, even skin tone?

5           JILL BAUER:  Right.

6           DR. AUDREY KUNIN:  To look healthy, gorgeous,

7    confident, youthful.

8           JILL BAUER:  And when we talk about the red

9    light technology in here, Dr. Kunin, like how long is

10   this working for me over the course of a day?

11          ON SCREEN:  Product description as above

12          QVC  30-Day Money Back Guarantee

13          800-345-1515  QVC.com    beauty prescription

14          DR. AUDREY KUNIN:  Okay, it's all about

15   simplicity.  You apply it once.  During the day, when you

16   get up and --

17          JILL BAUER:  It goes right in.

18          DR. AUDREY KUNIN:  -- you cleanse, seven hours.

19   For seven hours, you're going to see that red -- well,

20   you won't see it, but the red glow will be working --

21          JILL BAUER:  Yeah.

22          DR. AUDREY KUNIN:  -- so that your skin is

23   becoming more youthful-looking, so that those lines are

24   going away.

25          ON SCREEN:  Product description as above

1          QVC  30-Day Money Back Guarantee

2          800-345-1212  QVC.com    beauty prescription

3          Automated Ordering

4          DR. AUDREY KUNIN:  Again, who doesn't want

5     gorgeous, healthy, youthful skin.  And red light is the

6     future of anti-aging skin care.

7          And, now, you can get it at home in a simple

8     one-application-a-day --

9          JILL BAUER:  Yeah.

10         DR. AUDREY KUNIN:  -- lotion form.

11         JILL BAUER:  And, again, so this is -- there

12    you can see.

13         ON SCREEN:  Product description as above

14         QVC  30-Day Money Back Guarantee

15         800-345-1515  QVC.com    beauty prescription

16         JILL BAUER:  You've got the 100 percent pure

17    ingredient --

18         DR. AUDREY KUNIN:  Right.

19         JILL BAUER:  -- there at the top.

20         DR. AUDREY KUNIN:  Right.

21         JILL BAUER:  Right.  That's the active

22    ingredient.  And then why do we see the purply glow

23    down below?  By the way, it's limited.  But what are we

24    looking at there?

25         DR. AUDREY KUNIN:  That is the red light being

1    actually emitted from the powder.  Remember, any little

2    light that you're exposed to during the day --

3            ON SCREEN:  Product description as above

4            QVC  30-Day Money Back Guarantee

5            800-345-1212 QVC.com    beauty prescription

6            Automated Ordering

7            DR. AUDREY KUNIN:  -- normal activity, grocery

8    shopping, being in your office, sitting in your kitchen.

9    But when you apply it, it's so easy.  Who doesn't know

10   how to apply a lotion?  But the red glow is restoring

11   those wrinkles and it is -- or improving the appearance

12   of --

13           JILL BAUER:  Yeah.

14           DR. AUDREY KUNIN:  -- the wrinkles, I should

15   say.  It's firming.

16           ON SCREEN:  Product description as above

17           QVC  30-Day Money Back Guarantee

18           800-345-1515 QVC.com    beauty prescription

19           DR. AUDREY KUNIN:  It's clinically proven to

20   firm and improve the elasticity in just four weeks.

21           JILL BAUER:  Here's what you need to know.

22   It's A-214072.  We started with close to a thousand of

23   these.  We don't have a lot of them left to go around.

24   We have such a great price on this.  Again, it's normally

25   $85 out in the marketplace.  We have it for $77.28.

1          ON SCREEN:  Product description as above

2          QVC  30-Day Money Back Guarantee

3          800-345-1212  QVC.com    beauty prescription

4          Automated Ordering

5          JILL BAUER:  It's been very, you know, talked

6    about, as we've mentioned.  But, again, it contains

7    ingredients and will do things for your skin that no

8    other product out there can do.

9          ON SCREEN:  Product description as above

10         QVC  30-Day Money Back Guarantee

11         800-345-1515  QVC.com    beauty prescription

12         DR. AUDREY KUNIN:  That's right.

13         JILL BAUER:  No other in-home product can do.

14   And, now, there's fewer 200 to go around.

15         DR. AUDREY KUNIN:  You won't find this anywhere

16   in the world.  It is a red light emitting laser lotion we

17   call it.

18         JILL BAUER:  And, again, what is red light used

19   for in skin care?

20         ON SCREEN:  Product description as above

21         QVC  Dr. Audrey Kunin DERMAdoctor

22         President and founder of DERMAdoctor

23         Author, clinician, educator

24         DR. AUDREY KUNIN:  Red light is used because

25   it's a proven known method of rejuvenation and anti-

1    aging.  But prior to DERMAdoctor's Photo Dynamic

2    Therapy --

3              JILL BAUER:  You couldn't get it at home.

4              DR. AUDREY KUNIN:  -- you couldn't have a

5    lotion at home --

6              JILL BAUER:  Yeah, mm-hmm.

7              DR. AUDREY KUNIN:  -- that did this type of

8    simplicity.

9              JILL BAUER:  Mm-hmm.

10             ON SCREEN:  Product description as above

11             QVC  30-Day Money Back Guarantee

12             800-345-1212  QVC.com    beauty prescription

13             Automated Ordering

14             DR. AUDREY KUNIN:  Was your moisturizer --

15             ON SCREEN:  Product description as above

16             QVC  30-Day Money Back Guarantee

17             800-345-1515  QVC.com    beauty prescription

18             DR. AUDREY KUNIN:  -- it's your SPF and it's

19    your red light emitting lotion.  For seven hours, you're

20    going to be attacking those lines, you're going to even

21    out the skin tone, you're going to become more radiant

22    and just healthy, youthful appearing.

23             ON SCREEN:  Product description as above

24             QVC  30-Day Money Back Guarantee

25             800-345-1212  QVC.com    beauty prescription

1              Automated Ordering

2              JILL BAUER:  People are wanting to know,

3    because there are some handheld devices out on the market

4    that also use lights as they put them on their face.  Can

5    I use this product in conjunction with that?

6              DR. AUDREY KUNIN:  Absolutely.

7              JILL BAUER:  Because it's still a light

8    product.

9              DR. AUDREY KUNIN:  Yes.

10             JILL BAUER:  Yes, okay.  So, hopefully, if you

11   were asking that on QVC.com, it should be fine.

12             ON SCREEN:  Product description as above

13             SOLD OUT

14             QVC  30-Day Money Back Guarantee

15             800-345-1515  QVC.com    beauty prescription

16             JILL BAUER:  Bottom line is, whatever light

17   you're out and about in from office light to computer

18   light to sunlight walking the dog, that's what's going to

19   continue --

20             DR. AUDREY KUNIN:  Normal daily activity.

21             JILL BAUER:  -- to give you the great results

22   from this product.  It's sold out.

23             DR. AUDREY KUNIN:  Thank you, everyone.

24             JILL BAUER:  I have to tell you, there are

25   other products from Dr. Audrey Kunin on QVC.com, so check

1    out DERMAdoctor when you have a second.

2              Great to see you again.  Thanks so much for

3    being here.

4              DR. AUDREY KUNIN:  Thank you, Jill.

5              JILL BAUER:  All right.

6              DR. AUDREY KUNIN:  Appreciate it.

7              JILL BAUER:  We'll keep our eye out for you.

8    We'll see you soon.

9              (The recording was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1323245

4    CASE TITLE: DERMADOCTOR, INC.

5    TAPING DATE:  DATE UNKNOWN

6    TRANSCRIPTION DATE:  MARCH 27, 2014

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  MARCH 27, 2014

14

15

16                       ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                       SARA J. VANCE