# EXHIBIT C

EXHIBIT C



DERMAdoctor®

MY CART (0) ▼
LOG IN | MY ACCOUNT | CHECKOUT | MY WISHLIST | BLOG |

Q Enter search keyword                    GO

CATEGORIES | CONDITIONS | BEST SELLERS | NEW ARRIVALS | PRESS | DR. KUNIN | BLOG

**DERMAdoctor DELIVERS 15 benefits-in-one**
PRE-ORDER NOW ►

DERMAdoctor

Home / Best Sellers / Photodynamic Therapy liquid red light anti-aging lotion with spf 30

PHOTO DYNAMIC *Therapy*

DERMAdoctor

Click on image to zoom

## Photodynamic Therapy
liquid red light anti-aging lotion with broad spectrum spf 30

★★★★½ | 29 Review(s) | Add Your Review
Availability: In stock

**$85.00 | 30 ml**

✅ Free Shipping!

Qty: 1      [Add to Cart]       Add to Wishlist
                                 Add to Compare
                                 Bookmark or Share

Ground-breaking, patent-pending technology in lotion form captures the negligible amounts of UV rays we are all exposed to from simple daily activities and transforms them into a precise, effective wavelength of rejuvenating visible red light, a proven energy source for eliciting anti-aging effects on the skin.

**Must Have Anti-aging Product for 2011 –Linda Wells of *Allure* on The Today Show. As Seen in *Allure, Family Circle & WWD.***

[f Like] 19  [Tweet] 1  [g+1] 1  [Pin it] 7

---

Details | Reviews | Directions | Ingredients | Warnings

**Exciting News!** Photodynamic Therapy has just been awarded the *Allure* Best of Beauty Breakthrough Award.

allure
Special Issue
BEST OF BEAUTY '93 WINNING PRODUCTS HALL OF FAMERS

CONTRIBUTORS
**Brooke Le Poer Trench**
Five months before writing "The Big Breakthroughs," *Allure*'s annual report on beauty innovations, Le Poer Trench began tracking down clinical studies on about 300 promising products that claimed to do what had never been done before. She then asked cosmetic chemists and dermatologists to analyze ingredients and pore over dozens of pages of data—with surprising results. "I saw the DermaDoctor lotion's claims and said, 'No way, too gimmicky,'" she admits. "But the clinicals and doctors backed it up. It's the real deal."

Innovative lotion technology that supplies the skin with a precise skin-firming, wrinkle busting red wavelength of light. Simply apply this lotion for all day anti-aging benefits, including a more radiant appearance, minimized appearance of fine lines and wrinkles, evened out skin tone and improved elasticity.

**How Does It Work?**

Morinda Citrifolia Extract (Noni Fruit) contains a special polyphenol that specifically captures UV rays then converts and emits this energy as a highly focused visible red wavelength of light (648 nm).

- Improves appearance of fine lines and wrinkles
- Improves elasticity
- Improves firmness
- Hydrates and moisturizes the skin
- Improves dryness and roughness
- Improves radiance
- Improves brightness
- Evens skin tone

*Normal daily activity will activate product. Do not seek additional sun exposure.*

**Vitamin D** Photodynamic Therapy contains the sole non animal Vitamin D source available; sun exposed shiitake mushrooms, to help boost levels of this vitamin so critical to overall well-being.

**Benzylidene Dimethoxydimethylindanone** ($C_{20}$ $H_{20}$ $0_3$) Sunscreen booster

**Powerful Antioxidants** Pomegranate, Ubiquinone, Vitamin E, Cucumber, Green & White Tea Extracts work to fight against free radical environmental damage.

---

**In an Independent Clinical Trial - after only 4 weeks of use:**

- 96% of the participants said their skin appeared smoother
- 71% of the participants said their skin appeared firmer & more radiant
- 63% of the participants said their skin appeared to have a more uniformed complexion
- 50% of the participants said that their skin appeared to have less lines