# EXHIBIT D

## Drug Facts

| Active Ingredients | Purpose |
|---|---|
| Avobenzone 3.0% | Sunscreen |
| Octinoxate 7.5% | Sunscreen |
| Octisalate 5.0% | Sunscreen |
| Oxybenzone 6.0% | Sunscreen |

**Uses**
- helps prevent sunburn
- if used as directed with other sun protection measures (see *Directions*), decreases the risk of skin cancer and early skin aging caused by the sun

**Warnings**

For external use only

Do not use on damaged or broken skin

When using this product keep out of eyes. Rinse with water to remove.

Stop use and ask a doctor if rash occurs

Keep out of reach of children. If product is swallowed, get medical help or contact a Poison Control Center right away.

**Directions**
- apply daily to clean, dry face, neck and décolletage. Follow with cosmetics if desired. Do not seek additional sun exposure
- use a water resistant sunscreen if swimming or sweating
- reapply at least every 2 hours
- children under 6 months: Ask a doctor
- Sun Protection Measures. Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with a Broad Spectrum SPF value of 15 or higher and other protection measures including:
  - limit time in the sun, especially from 10 a.m.-2 p.m. • wear long-sleeved shirts, pants, hats, and sunglasses

**Inactive Ingredients**
Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Anacyclus Pyrethrum Root Extract, Arnica Montana Flower Extract, Aqua (Water), Benzylidene Dimethoxydimethylindanone, Butyloctyl Salicylate, Butylparaben, C12-15 Alkyl Benzoate, Camellia Oleifera (Green Tea) Leaf Extract, Camellia Sinensis (White Tea) Leaf Extract, Carbomer, Cucumis Sativus (Cucumber) Fruit Extract, Cyclohexasiloxane, Cyclopentasiloxane, ▼

---



*the doctor is in... this box.®*

# PHOTO DYNAMIC
## *therapy*™

liquid red light
anti-aging lotion with
broad spectrum spf 30

lotion lumière rouge
anti-âge fluide avec
FPS 30 à large spectre

DERM00051012



*BREAKTHROUGH AWARD • allure THE BEAUTY EXPERT 2011*

anti-aging

**DERMAdoctor®**

Confidential -- Response to CID
Protected From Disclosure
Pursuant to 16 CFR 4.10 et seq.

30 ml - 1 oz ℮

DERMAdoctor Specialist Skin Care, LTD.
Kansas City, MO 64108 – Made in the U.S.A.
Toll Free in the U.S.A. **1-877-DERMADR**
Outside the U.S.A. ☎ 816-472-5700
Questions or Comments?
ask@DERMAdoctor.com
www.DERMAdoctor.com®   3081A 02/15

8 54224 00055 7

---

*Just what the skin doctor ordered.®*

Ground-breaking, patent-pending solar powered technology *in lotion form* captures UV light transforming it into visible *red* light, a proven energy source for eliciting anti-aging effects on the skin.

In-office lasers, IPL (intense pulsed light) and other light treatments, used to help build collagen and elastin, are expensive and inconvenient, requiring a series of doctor's visits and maintenance sessions.

At-home red light devices are costly, difficult to remember to use as well as time consuming.

Imagine a new reality in skin rejuvenation where skin can experience continuous exposure to anti-aging red light through the mere daily application of a lotion.

DERMAdoctor® Photodynamic Therapy™ is clinically proven to improve the appearance of firmness, radiance, skin tone, elasticity, fine lines and wrinkles.

**How Does It Work?**

Morinda Citrifolia Extract (Noni Fruit) contains a special polyphenol that specifically captures light then converts and emits this energy as a highly focused visible red wavelength of light (648 nm) equivalent to that of a red LED.

Binding of this polyphenol to an inert tricalcium phosphate particle creates a complex capable of transmitting the visible red light to the skin where it works to encourage the production of collagen and elastin fibers within the dermis.

DERMAdoctor® Photodynamic Therapy™

- Utilizes UV light to revitalize the skin
- Improves skin elasticity
- Reduces the appearance of fine lines and wrinkles
- Improves skin tone and texture

*Normal daily activity will activate product. Do not seek additional sun exposure.*

**Dermatologist Tested & Approved**
Allergy Tested, Non Irritating, Non Comedogenic, Fragrance Free, Dye Free, No Animal Testing

---

## Drug Facts (continued)

**Inactive Ingredients** (continued)
Diazolidinyl Urea, Disodium EDTA, Ethylparaben, Glycerin, Glyceryl Stearate SE, Lentinula Edodes (Shiitake Mushroom) Extract, Methyl Methacrylate/Glycol Dimethacrylate Crosspolymer, Methylparaben, Morinda Citrifolia Extract, Phenoxyethanol, Polysorbate 20, Propylparaben, Punica Granatum (Pomegranate) Fruit Extract, Sodium Ascorbyl Phosphate, Sodium Hyaluronate, Sorbitan Oleate, Stearic Acid, Tocopherol, Tocopheryl Acetate, Tricalcium Phosphate, Triethanolamine, Ubiquinone, Yeast Amino Acids

**Other Information**
- protect this product from excessive heat and direct sun. Store at room temperature 59-86°F/15-30°C.

DERMAdoctor® believes in not only meeting but exceeding sun protection. Photodynamic Therapy™ takes sun protection to a new level with new technological advances.

This sophisticated complex also provides Vitamin D supplementation, oxidative protection and helps support a cellular DNA shield.

**Vitamin D** Photodynamic Therapy™ contains the sole non animal Vitamin D source available; sun exposed shiitake mushrooms, to help boost levels of this vitamin so critical to overall well-being.

**Benzylidene Dimethoxydimethylindanone** $(C_{20}H_{22}O_3)$ Sunscreen booster

**Powerful Antioxidants** Pomegranate, Ubiquinone, Vitamin E, Cucumber, Green & White Tea Extracts work to fight against free radical environmental damage.

This exclusive, medically formulated and tested line of gentle and effective skin care solutions is developed by leading dermatologist Audrey Kunin, M.D.

 See directions and warnings inside. Voir des directions et les avertissements à l'intérieur.   

**Please Recycle**

6083