# EXHIBIT E



**Dear Doctor,**
Red light anti-aging skin care treatments sound amazing. My friends are doing it, yet I can't commit to expensive and time-consuming in-office procedures or waiting days to heal. And who has time to zap themselves with an at-home red light device? Isn't there a better way?

Signed,
**Can't Commit**

**Dear CC,**
With Photodynamic Therapy you get anti-aging red light benefits without the hassle of cumbersome gadgets, costly doctor visits or post-procedural downtime. Simply apply these lotions to help restore radiance, minimize the appearance of fine lines and wrinkles, even out skin tone and improve elasticity. Photodynamic Therapy anti-aging lotion with spf 30 and Photodynamic Therapy eye lift lotion are the new reality in light therapy.

Radiantly yours,

**Audrey Kunin, M.D.**
Founder of DERMAdoctor



# DERMAdoctor®
**Available at Sephora, Ulta, dermadoctor.com or 877-DERMADR.**

DERM00051037
Confidential -- Response to
CID Protected from Disclosure
Pursuant to 16 CFR 4.10 et seq