# EXHIBIT G

*the doctor is in...this box.®*

### Directions
Apply to clean dry eye area each morning. Ophthalmologist approved for use on upper eye lid, under eye area and crow's feet regions of the eye. Follow with cosmetics if desired. Store at room temperature 59-86°F / 15-30°C.

### Ingredients
Aqua (Water), Cyclopentasiloxane, Caprylic/Capric Triglyceride, Yeast Amino Acids, Butyl Methoxydibenzoylmethane, Butylene Glycol, Glycerin, Polysilicone-11, Aminobutyric Acid, Barium Sulfate, Cetyl Alcohol, Stearic Acid, Propanediol, Euglena Gracilis Extract, Glyceryl Stearate, PEG-100 Stearate, Tricalcium Phosphate, Dimethicone, Sodium Stearoyl Glutamate, Steareth-20, Tocopheryl Acetate, Cyclohexasiloxane, Portulaca Oleracea Extract, Panax Ginseng Root Extract, Centella Asiatica Extract, Sorbitan Laurate, Caffeine, Xanthan Gum, Morinda Citrifolia Extract, Zizyphus Jujuba Seed Extract, Hydroxyethylcellulose, Acetyl Dipeptide-1 Cetyl Ester, Phytoecdysteroids, Glaucium Flavum Leaf Extract, Disodium EDTA, Phenoxyethanol, Methylparaben, Ethylparaben, Propylparaben, Butylparaben, Diazolidinyl Urea

### Warnings
For external use only. Do not get into eyes. If irritation occurs, discontinue use. Keep out of reach of children.

# PHOTO DYNAMIC *therapy*™

liquid red light eye lift lotion

lotion lumière rouge lifting yeux

DERM00051015

**DERMAdoctor®**



Confidential – Response to CID Protected From Disclosure Pursuant to 16 CFR 4.10 et seq.

15 ml – 0.5 oz ℮

DERMAdoctor Specialist Skin Care, LTD.
Kansas City, MO 64108 – Made in the U.S.A.
Toll Free in the U.S.A. **1-877-DERMADR**
Outside the U.S.A. ☎ 816-472-5700
Questions or Comments?
ask@DERMAdoctor.com
www.DERMAdoctor.com®

8 54224 00057 1

6084

4

*Just what the skin doctor ordered.®*

Photodynamic Therapy Eye is the ideal nonsurgical alternative to undergoing blepharoplasty (aka eye lift). Building from the same technology as DERMAdoctor's Photodynamic Therapy, this formulation helps restore a refreshed, alert and youthful appearance:

Clinical studies show -
• Lifts and tightens sagging lids
• Visibly reduces appearance of under eye fat bags
• Temporary relaxation of fine lines and crow's feet

Additionally works to increase skin elasticity and firmness, temporarily reduce fluid build-up and puffiness.
• 65% of panelists reported less sagging skin
• 80% of panelists reported firmer skin
• 90% want to continue application

**Dermatologist & Ophthalmologist Tested & Approved**
Allergy Tested, Non Irritating, Non Comedogenic, Fragrance Free, Dye Free, No Animal Testing

This exclusive, medically formulated and tested line of gentle and effective skin care solutions is developed by leading dermatologist, Audrey Kunin, M.D.

**Please Recycle**

 See directions and warnings inside. Voir des directions et les avertissements à l'intérieur.