# EXHIBIT I



DERMAdoctor DELIVERS 15 benefits-in-one — PRE-ORDER NOW

Home / Shrinking Beauty firming, sculpting & toning lotion


Click on image to zoom

### Shrinking Beauty
firming, sculpting & toning lotion with lobster weight loss inspired technology

 1 Review(s) | Add Your Review

**Availability: In stock**

$58.00 | 165 ml

✅ Free Shipping!

Qty: 1   **Add to Cart**   Add to Wishlist / Add to Compare / Bookmark or Share

This vegan formulation smoothes, firms, tones & improves the appearance of cellulite. Leaves skin sleek contoured and dimple free. Clinically proven to lose up to an inch within 2 weeks of use.

Helps restore the curves Mother Nature meant us to flaunt.

As seen on *EXTRA, The Talk* and *Access Hollywood*. As Seen In *Cosmo, OK!* and *Marie Claire*.

 Like 64   Tweet 1   +1 0   Pin it 7

---

**Details** | Reviews | Directions | Ingredients | Warnings

Learn from the lobster. This sea creature knows exactly how to shrink a size effortlessly without going on a diet. Our slimming and toning formula mirrors the ecdysteroid hormone lobsters produce to get skinny and wiggle free of their shells.

Shrinking Beauty borrows from exotic botanical sources to mimic this oceanic wonder. A macronutrient complex further provides a proper ratio of protein, carbs and lipids for healthy, cellulite-free skin.

This formulation contains:

- Phytoecdysteroid Blend: Zizyphus Spinosa, Euglena Gracilis Extract, Glaucium Flavum Extract, Myrica Cerifera (Bayberry) Extract, Cynara Scolymus (Artichoke) Extract – helps leave skin slim and trim
- Theobromine, Methyl Xanthine, Paraxanthine, Hedera Helix (Ivy) Extract – creates a smooth, dimple-free appearance to skin

**Clinical Results**
Clinically proven to lose up to an inch within 2 weeks of use.

75% of panelists felt skin was less dimpled.

100% of panelists felt skin was smoother.

**Patent Pending**

**Dermatologist Tested & Approved**
Allergy Tested, Non Irritating, Non Drying, Non Comedogenic, Oil Free, Fragrance Free, Dye Free, Shellfish Free, Gluten Free, Paraben Free, Vegan, No Animal Testing, **No Lobsters Were Harmed In The Creation Or Formulation Of This Product**


as seen on EXTRA


SEPHORA HOT NOW