# EXHIBIT J

# DERMAdoctor®

## shrinking BEAUTY™

firming, sculpting & toning lotion
with
lobster weight loss inspired technology
–
lotion raffermissante, sculptante et tonifiante alliant la technologie inspirée des vertus amaigrissantes du homard



DERM00051021

Confidential -- Response to CID Protected From Disclosure Pursuant to 16 CFR 4.10 et seq.

165 ml – 5.5 fl oz ℮

### DERMAdoctor is your prescription for beautiful skin.®

### Just what the skin doctor ordered.®

Learn from the lobster. This sea creature knows exactly how to shrink a size effortlessly without going on a diet. Our slimming and toning formula mirrors the ecdysteroid hormone lobsters produce to get skinny and wiggle free of their shells.

Shrinking Beauty borrows from exotic botanical sources to mimic this oceanic wonder. A macronutrient complex further provides a proper ratio of protein, carbs and lipids for healthy, cellulite-free skin.

Leaves skin sleek, contoured and dimple-free. Helps restore the curves Mother Nature meant us to flaunt.

This formulation contains:

- Phytoecdysteroid Blend: Zizyphus Spinosa, Euglena Gracilis Extract, Glaucium Flavum Extract, Myrica Cerifera (Bayberry) Extract, Cynara Scolymus (Artichoke) Extract – helps leave skin slim and trim

- Theobromine, Methyl Xanthine, Paraxanthine, Hedera Helix (Ivy) Extract – creates a smooth, dimple-free appearance to skin

### Clinical Results
Clinically proven to lose up to an inch within 2 weeks of use.

75% of panelists felt skin was less dimpled.

100% of panelists felt skin was smoother.



**DERMAdoctor** Specialist Skin Care, LTD.
Kansas City, MO 64108 – Made in the U.S.A.
Toll Free in the U.S.A. 1-877-DERMADR
Outside the U.S.A. (☎) 816-472-5700
Questions or Comments?
ask@DERMAdoctor.com
www.DERMAdoctor.com®

### Directions
Apply to mid-section (belly and muffin top area), buttocks, thighs and right above knee area. Massage into area for 20 to 30 seconds until absorbed. Apply twice daily. Store at room temperature 59-86°F / 15-30°C.

### Ingredients
Aqua (Water), Isopropyl Myristate, Glycerin, Stearic Acid, Cetyl Alcohol, Cetearyl Alcohol, Propanediol, Euglena Gracilis Extract, Petrolatum, Dimethicone, PPG-3 Benzyl Ether Myristate, Cyclopentasiloxane, Glyceryl Stearate, PEG-100 Stearate, Dicetyl Phosphate, Ceteth-10 Phosphate, Cyclohexasiloxane, Hedera Helix (Ivy) Extract, Zizyphus Jujuba Seed Extract, Dihydromyricetin, Caffeine, Phytoecdysteroids, Cynara Scolymus (Artichoke) Bud Extract, Decyl Glucoside, Levan, Myrica Cerifera (Bayberry) Fruit Extract, Glaucium Flavum Leaf Extract, Carbomer, Sodium Hydroxide, Disodium EDTA, Phenethyl Alcohol, Glucose, Methyl Xanthine, Theobromine, Paraxanthine, Phenoxyethanol, Caprylyl Glycol, Ethylhexylglycerin, Hexylene Glycol

### Warnings
For external use only. Do not get into eyes. Keep out of reach of children.

### Patent Pending

### Dermatologist Tested & Approved
Allergy Tested. Non Irritating. Non Drying. Non Comedogenic. Oil Free. Fragrance Free. Dye Free. Shellfish Free. Gluten Free. Paraben Free. Vegan. No Animal Testing. No Lobsters Were Harmed In The Creation Or Formulation Of This Product

### Please Recycle

This exclusive, medically formulated and tested line of gentle and effective skin care solutions is developed by leading dermatologist Audrey Kunin, M.D.

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.



See directions and warnings inside. Voir des directions et les avertissements à l'intérieur