JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Federal Trade Commission ;
**County of Residence:** Jackson County

**Defendant(s):**
First Listed Defendant:
DERMAdoctor, Inc. ;
**County of Residence:** Jackson County

Additional Defendants(s):
Audrey Kunin, M.D. ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Ms. Christine L. DeLorme ( Federal Trade Commission)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
**Phone:** 202-326-2095
**Fax:** 202-326-3259
**Email:** cdelorme@ftc.gov

Ms. Elizabeth Nach ( Federal Trade Commission)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
**Phone:** 202-326-2611
**Fax:** 202-326-3259
**Email:** enach@ftc.gov

Mr. Thomas M. Larson ( Federal Trade Commission)
Office of the United States Attorney
Whittaker Courthouse, 400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
**Phone:** (816) 426-3130
**Fax:** (816) 426-3165
**Email:** tom.larson@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions
**Cause of Action:** 15 U.S.C. 45(a); violations of the FTC Act
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Elizabeth Nach

**Date:** 12/23/2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.